12/21/2021



COMMONWEALTH OF MASSACHUSETTS

Essex, ss                                    Superior Court Department
                                             Civil Action No.:


Michael Vigorito Sr. and
Maria Vigorito,
*Plaintiffs,*

v.

Lufthansa Airlines
*Defendant.*

## **COMPLAINT AND JURY DEMAND**

### PARTIES

1.  Plaintiff, Michael Vigorito, Sr. is an individual residing at 4 Parkway Drive in Saugus, County of Essex, Massachusetts.

2.  Plaintiff, Maria A. Vigorito, is an individual residing at 4 Parkway Drive in Saugus, County of Essex, Massachusetts.

3.  Defendant, Lufthansa Airlines ("Lufthansa") is an incorporated business entity with its business office at Logan International Airport, in East Boston, Suffolk County, Massachusetts. Lufthansa engages in airline transportation of individuals from and to the United States, and to and from Massachusetts in particular.

### FACTUAL ALLEGATIONS

4.  On June 30, 2019, Maria A. Vigorito and Michael Vigorito (collectively the "Plaintiffs") appeared at Boston Logan International Airport in order to fly to their final destination in Rome, Italy.

5.   The Plaintiffs had purchased their tickets from Swiss Global Air Lines AG d/b/a Swiss
     Air. At all times relevant hereto, Swiss Global Air Lines AG d/b/a Swiss Air was
     owned, operated, and managed by Lufthansa Airlines.

6.   On June 30, 2019, Maria A. Vigorito presented her passport and Lawful Permanent
     Resident ("LPR") Card to the check-in agent at Logan Airport, and was informed that
     her LPR card was expired. After the Swiss Air check-in agent's discussion with
     Customs and Border Patrol ("CPB"), she represented to Maria Vigorito that she would
     have no issues flying to Rome and no problem returning to Boston, even though the
     LPR card was expired. Accordingly, the Plaintiffs decided to continue with her travel
     plans and fly to Rome.

7.   On July 8, 2019, when Maria A. Vigorito appeared at the Swiss Air terminal at the
     Rome Fiumicino Airport to return back to Boston, she was told by a Swiss Air check-in
     agent she could not fly back to Boston with an expired LPR card because "Swiss Air
     would receive a big fine."

8.   Maria Vigorito explained that she could legally return with an expired LPR card
     according to United States law since the card had a ten-year expiration date and that
     Swiss Air would not receive a fine according to United States law.

9.   She also explained that Swiss Air represented to her in Boston that she would have no
     problem returning back to the United States with an expired LPR card.

10.  The Swiss Air check-in agent spoke to her manager, who took Maria's passport and
     made a phone call. The Swiss Air manager represented that he spoke with CPB and that

Maria would have no problem flying back home to Boston upon her layover in Switzerland. This was an intentional misrepresentation made in order to avoid having to address the issue on the spot. Swiss Air then issued the boarding tickets and Maria and Michael proceeding through security to board their flight to Switzerland.

11. At their layover in Zurich, Switzerland, Maria and Michael went through passport control and arrived at the gate. Swiss Air would then not let Maria board the plane to Boston because she "did not have a travel document with her". Again, it was explained she did not need a "travel document" according to United States law. However, Swiss Air would refuse to let her board the plane and she was forced to remain in Switzerland for an extended period of time.

12. It was not until mid-July 2019 that Michael and Maria Vigorito were able to return to the United States since they were denied entry by Swiss Air on the flight to Boston. While in Switzerland, they were forced to travel to the United States Embassy in Bern.

13. The Plaintiffs incurred significant expenses as a result of Swiss Air's failure to allow Maria Vigorito to fly back to Boston, which she was lawfully entitled to do and should have been allowed to do on July 8, 2019. The Plaintiffs incurred approximately $10,000.00 of documented expenses. The return flights from Switzerland through Swiss Air which were re-booked was approximately $5,000.00 alone.

14. When the Plaintiffs returned to the gate in Zurich to board their flight for a second time back to Boston, the same Swiss Air employee who denied them entry to board the first time stated, "You look familiar." Mr. Vigorito replied "Yes, we were denied entry last

time we tried to board." The employee stated "Well you do not have proper travel documentation this time, we still cannot let you board the plane." At that point Mr. Vigorito displayed the document obtained from USCIS Frankfurt which clearly states that Mrs. Vigorito should not have been denied entry to board the flight to Boston the first time, since United States law allows for travel with an expired LPR card under certain circumstances which were met. The Swiss Air employee replied "Wow, I have never seen this before. They never told us about this. Let me take a picture" and proceeded to take a photograph of the document. Mrs. Vigorito was then allowed access to board the plan to Boston.

15. Demand was made upon Swiss Air as evidenced by the M.G.L. c. 93A demand letter attached hereto as "Exhibit A".

16. Swiss Air did not respond under M.G.L. c. 93A.

<u>CAUSES OF ACTION</u>

**COUNT I**
**(Promissory Estoppel/Detrimental Reliance)**

17. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

18. Swiss Air promised and represented to Maria Vigorito that she would be able to fly back to Boston from Rome with an expired LPR card.

19. In reliance on the foregoing promises and representations, Maria Vigorito decided to fly to Rome.

20. Swiss Air could reasonably foresee and anticipate on Maria Vigorito's reliance on the

promise and representations made to her that she would be able to fly back to Boston from Rome.

21. Swiss Air then negated its own promise and representations made to Maria Vigorito, and prohibited her from flying back home to Boston. This caused the Plaintiffs to remain in Switzerland for an extended period of time.

22. As a result of Swiss Air refusing to allow Maria Vigorito to fly, Michael Vigorito Sr. was also unable to board his return flight to Boston.

23. As a result, the Plaintiffs suffered monetary damages, as well as significant emotional and mental distress.

**COUNT II**
**(Negligent Hiring, Retention, or Supervision)**

23. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

24. Swiss Air's employee in Boston represented to Maria Vigorito that she would be able to fly back to Boston from Rome with an expired LPR card. Swiss Air's employees in Rome also made this representation.

25. In reliance on the foregoing promises and representations, Maria Vigorito decided to fly to Rome, and subsequently to Switzerland.

26. Then, without just cause or reason, Swiss Air's employee in Switzerland prohibited Maria Vigorito from flying back to Boston, despite her lawful entitlement to fly back to Boston, and despite the representation made by the Swiss Air employees in Boston and Rome.

27. Swiss Air employees contradicted their own representations, as well as the controlling

law which permits residents to fly back to the United States even with an expired LPR card.  This is a result of Swiss Air's failure to exercise reasonable care in the hiring, retention, or supervision of their employees.

28. The failure of Swiss Air to exercise reasonable care in the hiring, retention, or supervision of their employees was a proximate cause of the Plaintiffs' monetary and emotional distress damages.

29. As a result of Swiss Air refusing to allow Maria Vigorito to fly, Michael Vigorito was also unable to board his return flight to Boston.

30. As a result, the Plaintiffs suffered monetary damages, as well as emotional and mental distress.

## COUNT III
### Negligence

31.     Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

32.     Swiss Air owed Maria Vigorito a legal duty as a passenger to (1) make truthful and accurate representations, (2) fulfill the promises and representations made to her, and (3) apply the correct legal standard when permitting or prohibiting her from flying to the United States.

33.     Swiss Air breached this duty by making misrepresentations to Maria Vigorito that she could return to the United States on multiple occasions, and by prohibiting her from flying with an expired LPR card without just cause or reason.

34.     As a result of Swiss Air refusing to allow Maria Vigorito to fly, Michael Vigorito was also unable to board his return flight to Boston.

35.     As a result, the Plaintiffs suffered monetary damages, as well as emotional and mental distress damages, which were directly caused by Swiss Air's negligence.

## COUNT IV
### Breach of Contract

36. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

37. The Plaintiffs and Swiss Air entered into a contracted whereby Swiss Air would provide airline transportation in exchange for a fee.

38. The Plaintiffs paid the fee to Swiss Air.

39. Swiss Air breached its contract with the Plaintiffs by refusing to allow Maria Vigorito airline transportation to Boston without just cause or reason, particularly Swiss Air's unjust refusal to permit Maria Vigorito to board the flight to Boston on the basis that a person cannot fly back to the United States with an expired LPR card, which is completely incorrect.

40. As a result of Swiss Air refusing to allow Maria Vigorito to fly back, Michael Vigorito was also unable to receive the benefit of the contract made with Swiss Air for airline transportation.

41. As a result, Plaintiff suffered monetary damages, as well as mental and emotional distress.

## COUNT V
### Breach of Good Faith and Fair Dealing

41. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

42. Inherent in Plaintiffs' contract with Swiss Air for airline transportation is the implied covenant of good faith and fair dealing.

43. Swiss Air breached this covenant by prohibiting Maria Vigorito to board her flight to Boston on false grounds, including the fact an individual with an expired LPR card is prohibited from flying to the United States, and after representing to her that she would have no issues flying back to Boston. Swiss Air made no efforts to verify the veracity of their basis for refusing to allow Maria Vigorito to fly to Boston prior to prohibiting her from doing so.

44. As a result, Plaintiff suffered monetary damages, as well as mental and emotional distress.

**COUNT VI**
**Negligent/Fraudulent Misrepresentation**

45. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

46. Swiss Air, in its business transactions, negligently and/or intentionally supplied false and contradictory information for the guidance of the Plaintiffs by representing to Maria Vigorito that she could fly to Rome and return with an expired LPR card, then prohibiting her from doing so without just cause or reason.

47. Swiss Air negligently and/or intentionally supplied this information to mislead the Plaintiffs, especially the Swiss Air employee and manager in Rome, Italy, which represented to her that they spoke to Swiss Air employees in Switzerland, which verified that Maria Vigorito could fly to Boston from there. This information was

provided to the Plaintiffs in Rome, Italy to avoid having the responsibility of resolving the situation.

48. Swiss Air, despite supplying false information and misleading information to Plaintiffs, received consideration for his own benefit, resulting in a pecuniary loss to Plaintiffs.

49. When the Plaintiffs arrived in Switzerland, they learned that the information provided to them in Boston and in Rome by Swiss Air employees was false (particularly the fact that Maria Vigorito would have no issues returning to Boston with an expired LPR card).

50. As a result, Plaintiff suffered monetary damages, as well as mental and emotional distress.

## COUNT VII

## Violation of M.G.L. c. 93A

51. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

52. Swiss Air is engaged in trade or commerce as defined by M.G.L. c. 93A.

53. Swiss Air committed unfair and deceptive acts, including but not limited to representing to Maria Vigorito that she would have no problem flying back to Boston from Rome with an expired LPR card, and then prohibiting her from boarding her return flight to Boston. Moreover, the fact she was prohibited from boarding her return flight on baseless grounds (the fact that an individual cannot fly with an expired LPR card) was a further deceptive and unfair act. Additionally, Swiss Air has failed to reimburse the Plaintiffs for their expenses incurred as a result of their mistake to-date.

54. As a result of Swiss Air's unfair and deceptive acts, the Plaintiffs incurred significant monetary damages, as well as mental and emotional distress.

## COUNT VIII

### Conversion

55. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

56. Swiss Air breached its contract with the Plaintiffs and then wrongfully exercised dominion or control over their money which was used to purchase the airline tickets.

57. The Plaintiffs have a possessory interest in the money used to purchase the airline tickets, and Swiss Air has refused to refund it to the Plaintiffs to-date without reason or justification.

58. As a result of Swiss Air's acts, the Plaintiffs incurred significant monetary damages, as well as mental and emotional distress.

## COUNT IX

### Intentional / Negligent Infliction of Emotional Distress

59. Plaintiffs incorporate by reference the allegations contained in each preceding paragraph of this complaint.

60. Swiss Air's conduct and tortious acts committed against the Plaintiffs delineated herein caused the Plaintiffs severe emotional distress, and Swiss Air's conduct was extreme and outrageous considering a common carrier is reasonably expected to know basic laws surrounding travel for which it is compensated for. The Plaintiffs suffered insomnia, anxiety, nightmares, extreme humiliation and fear of being unable to return to the United

States, as well as a temporary breakdown in their relationship as a result of Swiss Air's
reckless mistakes.

61. As a result of Swiss Air's acts, the Plaintiffs incurred significant monetary damages, as
well as mental and emotional distress.


**WHEREFORE**, the Plaintiffs pray that this Honorable Court grant the following relief:

   I. Award judgment against the Defendant in an amount to be determined by a jury;

   II. Damages, including compensatory, punitive, liquidated, and trebled damages, to the
Plaintiff, as authorized or mandated by applicable law, including M.G.L. c. 93A, in an
amount to be determined at trial;

   III. Costs and any reasonable attorney's fees;

   IV. Pre-judgment and post-judgment interest;

   V. Appropriate injunctive, declaratory and other equitable relief; and

   VI. Such other relief as this Honorable Court may deem just and appropriate under the
circumstances.

JURY DEMAND

The Plaintiff hereby demands a trial by jury on all issues so triable.



                                              Respectfully submitted,

Dated: December 21, 2021                The Plaintiffs,
                                           By their Attorney,

                                           */s/ Devin Woolf*
                                         Devin Woolf (BBO #698566)
                                         VIGORITO WOOLF P.C.
                                         100 State Street, Floor 10
                                         Boston, MA 02109
                                         (617) 410-6750
                                         dwoolf@vigoritowoolf.com

Exhibit A



VIGORITO WOOLF

MICHAEL VIGORITO, ESQ.
PARTNER
100 STATE STREET, SUITE 900
BOSTON, MA 02109
T | (617) 717-9942
MVIGORITO@VIGORITOWOOLF.COM
WWW.VIGORITOWOOLF.COM

DEVIN R. WOOLF, ESQ.
PARTNER
100 STATE STREET, SUITE 900
BOSTON, MA 02109
T | (857) 245-5301
DWOOLF@VIGORITOWOOLF.COM
WWW.VIGORITOWOOLF.COM

January 21, 2020

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Swiss International Air Lines, LTD.
Attn: Legal Dept.
1640 Hempstead Turnpike
East Meadow NY 11554

**WITH A COPY TO:**
CT Corporation System
155 Federal Street, Suite 700
Boston MA 02110

**RE:    Massachusetts General Laws c. 93A Demand Letter**

Dear Sir or Madam:

    This firm represents Maria A. Vigorito and Michael Vigorito in connection with a recent travel experience undertaken by Swiss International Air Lines, LTD. As a result of this ordeal, Mr. and Mrs. Vigorito have suffered substantial monetary damages and emotional distress. This correspondence is a demand for compensation for damages incurred as a result of the ordeal, including but not limited to legal fees, expenses, costs and other relevant expenditures. Please be advised that included in this correspondence is a Mass. Gen. Laws Ch. 93A consumer protection demand, which affords thirty (30) days to tender a reasonable offer of settlement. For further information about the Mass. Gen. Laws Ch. 93A demand, please consult the appropriate section of this correspondence.

## FACTUAL BACKGROUND

On June 30, 2019, Maria A. Vigorito and Michael Vigorito appeared at Boston Logan International Airport in order to fly to their final destination, Rome. They had purchased tickets through Swiss Global Air Lines AG d/b/a Swiss Air. Maria A. Vigorito presented her passport and Lawful Permanent Resident ("LPR") Card to the check-in agent, and was informed that her LPR card was expired. The Swiss Air check-in agent walked over to discuss this with Customs and Border Patrol ("CPB") and was informed that she would have no problem flying to Rome and no problem returning to Boston. Accordingly, she proceeded to fly to her destination.

On July 8, 2019, when Maria A. Vigorito appeared at the Swiss Air terminal at the Rome Fiumicino Airport to return back to Boston, she was told by a Swiss Air check-in agent she could not fly back to Boston with an expired LPR card because "Swiss Air would receive a big fine." It was explained to her that she could legally return with an expired LPR card according to United States law since the card had a ten-year expiration date and that Swiss Air would not receive a fine according to United States law. See "Exhibit A" attached hereto. It was also explained to her that Swiss Air represented to her that according to CPB in Boston, she would have no problem returning back to the United States.

The Swiss Air check-in agent then called her manager over. The manager had a visible tattoo sleeve running down one arm and dark brown hair. He took Maria's passport and made a phone call but did not have a name tag. He represented that he spoke with CPB and that Maria would have no problem flying back home upon her layover in Switzerland. This was an intentional misrepresentation made in order to avoid having to address the issue. Swiss Air then issued the boarding tickets and Maria and Michael proceeding through security to board their flight to Switzerland.

At their layover in Zurich, Switzerland, Maria and Michael went through passport control and arrived at the gate. Swiss Air would then not let Maria fly because she "did not have a travel document with her". Again, it was explained she did not need a travel document according to United States law. However, Swiss Air would refuse to let her board the plane and she was forced to remain in Switzerland.

It was not until mid-July 2019 that Michael and Maria Vigorito were able to return to the United States since they were denied entry by Swiss Air on the flight to Boston. They were forced to travel to the United States Embassy in Bern, Switzerland. They have incurred significant expenses as a result of Swiss Air's failure to allow Maria Vigorito to fly back to Boston, which she was lawfully entitled to do and should have been allowed to do on July 8, 2019. The Vigorito's incurred approximately $10,000.00 of documented expenses, attached as "Exhibit B". The return flight from Switzerland through Swiss Air which was re-booked was approximately $5,000.00 alone.

2

When the Vigorito's returned to the gate in Zurich to board their flight for a second time back to Boston, the same Swiss Air employee who denied them entry to board the first time stated, "You look familiar." Mr. Vigorito replied "Yes, we were denied entry last time we tried to board." The employee stated "Well you do not have proper travel documentation this time, we still cannot let you board the plane." At that point Mr. Vigorito displayed the document obtained from USCIS Frankfurt attached hereto which clearly states that Mrs. Vigorito should not have been denied entry to board the flight to Boston the first time, since United States law allows for travel with an expired LPR card under certain circumstances which were met in these circumstances. The Swiss Air employee replied "Wow, I have never seen this before. They never told us about this. Let me take a picture" and proceeded to take a photograph of the document. Mrs. Vigorito was then allowed access to board the plan to Boston.

Upon her arrival in Boston, she was simply asked to file an I-90 application with USCIS.

These facts establish the pure incompetency of Swiss Air employees which caused the Vigorito's to incur a significant amount of monetary damages as well as emotional distress. They felt completely stranded in Switzerland and were unsure if they were ever going to be allowed to return to the United States. One can imagine how this would affect an individual psychologically, especially when the law clearly states an incident such as this should not have occurred in the first place.

Under Massachusetts law, the above-described negligence of Swiss Air is considered an unfair or deceptive business practice. Swiss Air failed to abide by United States law in order to avoid being "fined", which it would not have been had Swiss Air let Maria Vigorito fly back to Boston. However, Swiss Air failed to properly train and inform its employees of basic United States rules and regulations relating to flying with an expired LPR card, which caused significant damage to both Michael and Maria Vigorito.

In addition to the expenses incurred as a result of Swiss Air's unfair, deceptive, and negligent business practices, Michael and Maria Vigorito have incurred significant emotional distress. Travel costs, meals, new clothing costs, and lodging form part of the damages incurred. Additionally, Maria and Michael Vigorito purchased new plane tickets to travel back to Boston totaling nearly $5,000 alone, which they should have been allowed to do in the first place.

At the moment, reasonable compensation for their loss is demanded to be $20,000.00 in full and final settlement of this claim.

Under Massachusetts General Laws Chapter 93A, you are afforded thirty (30) days to tender a reasonable settlement offer in response to this demand letter. Should you fail to do so and be found by the court to have done so in bad faith, you could be held to double (2x) or treble (3x)

3

damages, plus attorney's fees and costs. A lawsuit will be promptly filed at the expiration of the 30-day period. No extensions to respond will be granted.

Very truly yours,

Michael Vigorito



**Malwina Gutmann**

| | |
|---|---|
| **Von:** | michael vigorito <mpd2550@gmail.com> |
| **Gesendet:** | Freitag, 12. Juli 2019 09:23 |
| **An:** | National-Bern – Info |
| **Betreff:** | Fwd: Emergency I-131A Application |

---------- Forwarded message ---------
From: **michael vigorito** <mpd2550@gmail.com>
Date: Fri, Jul 12, 2019 at 9:22 AM
Subject: Re: Emergency I-131A Application
To: Michael Vigorito <mvigorito@vigoritowoolf.com>

Info@nationalbern.ch

On Fri, Jul 12, 2019 at 12:33 AM Michael Vigorito <mvigorito@vigoritowoolf.com> wrote:
Papa,

Stampa questo email below....

Very truly yours,

Michael Vigorito, Esq.
*Partner*
Vigorito Woolf P.C.
100 State Street, Suite 900
Boston, MA 02109
T | (617) 410-6750
www.vigoritowoolf.com





*DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

---------- Forwarded message ---------
From: **Bern CONS IV Public -MB** <BernIV@state.gov>
Date: Thu, Jul 11, 2019 at 5:26 AM
Subject: RE: Emergency I-131A Application
To: Michael Vigorito <mvigorito@vigoritowoolf.com>

Dear Mr. Vigorito,

Thank you for trying calling USCIS Frankfurt; unfortunately, it was already after hours.

This is to inform you that your parents did come again to the embassy this morning. Before their arrival, we had reached out to USCIS Frankfurt for guidance/authorization and received the following response:

"Ms. Vigorito can travel with an expired I-551 Permanent Resident card.   She may be asked to file an I-90 application when she returns to the United States.


Boarding foils should only be issued to those who do not have possession of their I-551 Permanent Resident Card (lost or stolen), and have only been outside of the United States for less than one year.


Field Office Director

DHS/USCIS – Frankfurt Field Office"


We have given a print-out of this response to your parents in order to avoid any complications with the airline.


Kind regards,


Visa section /LA

U.S. Embassy Bern | Sulgeneckstrasse 19 | 3007 Bern, Switzerland

Tel: +41 (0)31 357 70 11 | Email: BernIV@state.gov

Embassy Website https://ch.usembassy.gov | Website for visa applications http://www.ustraveldocs.com



Ms. Vigorito can travel with an expired I-551 Permanent Resident card. She may be asked to file an I-90 application when she returns to the United States.

Boarding foils should only be issued to those who do not have possession of their I-551 Permanent Resident Card (lost or stolen), and have only been outside of the United States for less than one year.

Field Office Director
DHS/USCIS – Frankfurt Field Office

**Booking Number #61181295**

**From**

**To**

Boston Log...

ZRH $\longrightarrow$ BOS

Departing Flight

Sat, Jul 13, 2019 ❶

12:55 pm - 03:20 pm (Nonstop)

Trip Type        Flight Price

ONEWAYTRIP   **$4759.36**

**Paid with MASTERCARD**

 \*\*\*\* \*\*\*\* \*\*\*\*3514

Paid with Visa

    



IBIS Hotel

**Intrapass GmbH**
Check-in 2
P.O.Box 209
CH-8058 Zürich - Airport
Switzerland

Tel: +41 43 816 28 18
info@intrapass.ch
www.intrapass.ch

Worldwide Visa Processing Service
ESTA, ETA, All e-Visa Service



KHALED TAXI BERN
Danke Für ihr Vertrauen ...
Tél : 079 276 41 19

Signor
Michael Vigorito

**National**
■■ ■ BERN

Hotel
Restaurant
Theatersaal

Hirschengraben 24
CH-3011 Bern

Telefon +41 (0)31 552 15 15
Telefax +41 (0)31 552 15 16

www.nationalbern.ch

| | | | |
|---|---|---|---|
| Rechnungsnr. | 12319 | Datum | 12.07.2019 |
| MwSt. Code | CHE-115.216.816 | | |
| Reservierung | 26458.1 DZGL 204, 10.07.19 - 12.07.19 | | |
| | 26458.2 EZEP 309, 12.07.19 - 13.07.19 | | |
| | 26458.3 EZEP 312, 12.07.19 - 13.07.19 | | |

| Datum | Beschreibung | Leistung | Zahlung |
|---|---|---|---|
| **26458.1 DZGL 204, 10.07.19 - 12.07.19** | | | |
| 12.07.19 | Übernachtung 2x | 438.00 | |
| 12.07.19 | City Tax, 4x 4.30 | 17.20 | |
| 12.07.19 | Beherbergungsabgabe, 4x 1.00 | 4.00 | |
| **26458.2 EZEP 309, 12.07.19 - 13.07.19** | | | |
| 13.07.19 | Übernachtung 1x | 100.00 | |
| 13.07.19 | City Tax, 1x 4.30 | 4.30 | |
| 13.07.19 | Beherbergungsabgabe, 1x 1.00 | 1.00 | |
| **26458.3 EZEP 312, 12.07.19 - 13.07.19** | | | |
| 13.07.19 | Übernachtung 1x | 100.00 | |
| 13.07.19 | City Tax, 1x 4.30 | 4.30 | |
| 13.07.19 | Beherbergungsabgabe, 1x 1.00 | 1.00 | |
| 09.07.19 | Visa | | 240.60 |
| 12.07.19 | Mastercard | | 429.20 |
| | **Total CHF** | **669.80** | **669.80** |
| | **Saldo CHF** | **0.00** | |

Diese Rechnung enthält die folgenden MwSt.-Beträge:

| Beschreibung | Netto | MwSt. | Brutto |
|---|---|---|---|
| 201 Zimmer Frühstück (3.70%) | 615.23 | 22.77 | 638.00 |
| 210 City Tax (0.00%) | 25.80 | 0.00 | 25.80 |
| 211 Kant. Beherbungsabgabe (3.70%) | 5.78 | 0.22 | 6.00 |
| Total MwSt. | 646.81 | 22.99 | 669.80 |

# Quittung

MWst-Nr............................

Datum/Zeit : *13 .07. 2019*

Fahrstrecke : *HB — Zürich*

Preis Fr : *400.—* ............... inkl. 7,6% MWSt

BE : *2617 ou* ....... Konz.Nr : *916*

Unterschrift : _____

---

```
          Hotel National
          Hirschengraben 24
             3011 Bern

         *** Kundenbeleg ***
     Buchung
     MasterCard
     XXXXXXXXXXXXX3514
     12.07.2019            18:07:21
     Trn-Id:               31467317
     Trx. Seq-Cnt:           19211
     Auth. Code:            73364Y

     Total-EFT CHF:        429.20
     Ex.Rate:      USD 1.00 = CHF 0.94019323b
     Total-EFT USD:        456.50

     Markup included in the exchange rate.

       I understand that MasterCard has a
     currency conversion process and that I
     have chosen not to use the MasterCard
     currency conversion process and I will
     have no recourse against MasterCard with
     respect to any matter related to the
     currency conversion or disclosure
                   thereof.

       Exchange rate provided by SIX.

     SIX Payment Services
```

---

```
Bakeside

8060 Zürüch-Flughafen

Attendant-Id:                 0
ECR-Id:                    7785
ECR-Seq:                   2538
EFT Ref-No:            00082460

Buchung              VISA CREDIT
XXXXXXXXXXXXX3204

13.07.2019                 09:33
Trm-Id:                31455524
Akt-Id:                    2122
AID:          A0000000031010
Trx. Seq-Cnt:          00082460
Trx. Ref-No:         90614149918
Auth. Code:              02160G
Acq-Id:             00000000002
BAC43B53A7817BF90786B725829BF5A9
                              1

Total-EFT USD:             4.76

Local currency CHF:        4.50
RateUSD 1.00 = CHF 0.944/5728200

  3.00% markup included in the
  exchange rate  I accept that I
  have been offered a choice of
  currencies for payment and that
  this choice is final. I accept
    the conversion rate and the
  final amount in transaction
    currency.  Exchange rate
       provided by SIX.


..................................
Unterschrift:
```

Bakeside
SSP Switzerland
CHE-112.754.514 MWST

911408 Zimmerli

CHK 4630
        13JUL'19  9:33

Ausser Haus

1 Espresso                    4,50


0,11  2,5 % MwSt TA       4,50
      NETTO TOTAL         4,39
Zahlung CHF      4,50
Seq-Nr.:00082460
Ref-Nr.:90614149918
Auth-Code:02160G
MPD Visa SIX             4,50
--911408 GESCHLOS JUL13 09:34---


Besten Dank und guten Flug!
Select Service Partner (CH) AG
8060 Zuerich Flughafen

Waren Sie zufrieden?
How did we do?
Étiez-vous satisfaits?
Scan this QR Code
with your smartphone.



---

# DUTY FREE STORE
# DOCK E EAST
THE NUANCE GROUP AG
CHE-116.326.583 MWST
For Customer Services
Please call +41 58 440 8500
or email CustomerService@ch.dufry.com

## CUSTOMER COPY

## C.C RECEIPT

TERMINAL ID:                    31476077
MERCHANT ID:
AUTH CODE:                        06085Y
AID:                      A0000001570020
CARD NO:          xxxxxxxxxxxxx3514
POS Transaction Seq. Number:    00011737
ISSUE NUMBER:
CARD:                      MasterCard 90
APSN:
EXPIRY DATE:                        1119
STARTING DATE:

SALE                          CHF96.20
Exchange Rate                 0.944757

Total Transaction Currency    USD104.83

## PLEASE RETAIN FOR
## YOUR RECORD

## THANK YOU FOR YOUR
## VALUED CUSTOM.

AUTHORISED
I have chosen not to use the MasterCard
currency conversion process and agree that
I will have no recourse against MasterCard
concerning the currency conversion or its
disclosure.

Cardholder has chosen to pay in USD.This
transaction is based on Pure Commerce
exchange rate plus 2.75% international
conversion margin. My choice is Final.
Transactions can also be conducted in CHF

---

HUDSON SHOP
DOCK E
THE NUANCE GROUP AG
CHE-116.326.583 MWST
For Customer Services
Please call +41 58 440 8500
or email CustomerService@ch.dufry.com

MERCHANT COPY

C.C RECEIPT

TERMINAL ID:                    31476142
MERCHANT ID:
AUTH CODE:                        045646
AID:                      A0000000031010
CARD NO:          4746541XXXXXX3204
POS Transaction Seq. Number:    00031658
ISSUE NUMBER:
CARD:                      VISA CREDIT 05
APSN:
EXPIRY DATE:                        2011
STARTING DATE:

SALE                          CHF5.70
Exchange Rate                 0.944757

Total Transaction Currency    USD6.03

PLEASE RETAIN FOR
YOUR RECORD

THANK YOU FOR YOUR
VALUED CUSTOM.

AUTHORISED
This service is offered by Pure Commerce.

Cardholder has chosen to pay in USD.This
transaction is based on Pure Commerce
exchange rate plus 2.75% international
conversion margin. My choice is Final.
Transactions can also be conducted in CHF
at Pure Commerce.com for rates

SIGNATURE:

**INFORECHNUNG**

# National
■ ■ ■ ■ **BERN**

## Hirschgraben 24
## 3011 Bern
## Telefon 031 522 15 15

Rechnung                          12.07.2019

**Tisch 64**

--------------------------------------------

    1 Cardinal 3dl       4.40        4.40


MwSt 7.7  %    0.31

--------------------------------------------

**Summe CHF                     4.40**


inkl. MwSt / CHE-115.216.816 MWST

Vielen Dank für Ihren Besuch!
Es bediente Sie: Carlos Rodrigues

---

Hotel Rest. National
Hirschgraben 24
3011 Bern


*** Kundenbeleg ***

Buchung
CHASE Visa
XXXXXXXXXXXX3204

12.07.2019          21:21:04
Trm-Id:             31244359
Trx. Seq-Cnt:          20985
Auth. Code:           03880G

Total-EFT CHF:          4.40


STX Payment Services

---



Restaurant 15446
LEVARX GmbH
Genfergasse 4
3011 Bern
Telefon : 031 310 14 40

MWST.-Nr. CHE 110.088.244
Datum und Uhrzeit: 12.07.2019 17:03:18

Kasse Nr.:7 Bon.Nr.:7 10541

Beschreibung                        Preis %
------------------------------------------
Whopper Menu L                       14,70 @
 >Whopper                                  A
 >Pommes Large                             A
 >Coca Cola Large                          A
------------------------------------------
                 Zwischensumme       14,70
EC-KARTE                             14,70
enthaltene MwSt
A Tax A 7.7 % (14,70):  1,04
------------------------------------------
PE   1 Im Haus                       14,70

Es bediente Sie : CARMELINA
                 ÖFFN.ZEITEN:
     Mo.-Mi.,  10:00 bis 00:00 Uhr
     Do.,      10:00 bis 02:00 Uhr
     Fr.+Sa.,  10:00 bis 05:00 Uhr
     So.,      11:00 bis 00:00 Uhr
     Vielen Dank für Ihren Besuch und
            auf Wiedersehen!
     www.eat.ch wir liefern nach Hause
     WC-CODE Damen 3552 Herren E364
  Auf der Rückseite finden Sie Gutscheine!



coffee fellows
Senhold Coffee
Inh. Jadranka Senhold
Bärenplatz 8
3011 Bern
Tel. xxx

St-Nr. CHE-147.110.719 MWST

## RECHNUNG

| | |
|---|---|
| Espresso small | 4,20 CHF A |

| | | |
|---|---|---|
| Total | 4,20 CHF | |
| Nettoumsatz | 3,90 CHF | |
| Umsatz 7,7% | 4,20 CHF | A |
| Mwst 7,7% | 0,30 CHF | A |
| Kredit | 4,20 CHF | |
| 16:26 12.7.2019 3 Kass.3 | | 208 |

Vielen Dank für Ihren Besuch

---

Burger King Restaurant
Genfergasse 4
3011 Bern

*** Kundenbeleg ***

Buchung
VISA
CHASE VISA
XXXXXXXXXXXXX3204

| 12.07.2019 | 12:47:12 |
|---|---|
| Trn-Id: | 31478334 |
| Trx. Seq-Cnt: | 24578 |
| Auth. Code: | 010656 |

| | |
|---|---|
| Total-EFT CHF: | 15.10 |
| Ex.Rate: | USD 1.00 = CHF 0.940193236 |
| Total-EFT USD: | 16.06 |

3.50% markup included in the exchange rate

I accept that I have been offered a choice of
currencies for payment and that this choice is
final. I accept the conversion rate and the
final amount in transaction currency.

Exchange rate provided by SIX.

SIX Payment Services

---



coffee fellows
Senhold Coffee
Inh. Jadranka Senhold
Bärenplatz 8
3011 Bern
Tel. xxx

St-Nr. CHE-147.110.719 MWST

## RECHNUNG

| | |
|---|---|
| 2 x 4,20 CHF | |
| Espresso small | 8,40 CHF A |

| | | |
|---|---|---|
| Total | 8,40 CHF | |
| Nettoumsatz | 7,80 CHF | |
| Umsatz 7,7% | 8,40 CHF | A |
| Mwst 7,7% | 0,60 CHF | A |
| Kredit | 8,40 CHF | |
| 11:54 12.7.2019 3 Kass.3 | | 96 |

Vielen Dank für Ihren Besuch

Cigarren Flury AG
Bahnhofplatz  3
3011 Bern

^^^ Kundenbeleg ^^^

Buchung
CHASE VISA
XXXXXXXXXXXX3204

12.07.2019          12:42:59
Trm Id:             31245980
Trx. Seq Cnt:          91740
Auth. Code:           09483G

Total-EFT CHF:         18.00

SIX Payment Services



**Für mich und dich.**

## Bern Schauplatzgasse

| Artikel | Menge | Preis | Aktion | Total |
|---|---|---|---|---|
| Evian 75CL | 1 | 1.00 | | 1.00 0 |
| Airwaves Menthol 14G | 2 | 1.50 | | 3.00 0 |

----------

## TOTAL CHF                    4.00

VISA                             4.00
----------------------------------------
Purchase                    VISA CREDIT
XXXXXXXXXXXX3204
12.07.2019                       11:43
#31452143*00162499/003236/00000000002#
Total-EFT USD:                    4.25
----------------------------------------
Local currency CHF:               4.00
Rate:       USD 1.00 = CHF 0.94019323600

3.50% markup included in the exchange rate  I
accept that I have been offered a choice of
currencies for payment and that this choice is
final. I accept the conversion rate and the final
amount in transaction currency. Exchange rate
provided by SIX.

----------------------------------------

COOP GENOSSENSCHAFT, CHE-116.311.185 MWST
GR   MWST%     TOTAL      MWST
0    2.50      4.00       0.10

Anzahl gekaufter Artikel                    3

ES BEDIENTE SIE  Springer (Coop Team)

Merci vilmal, chönet dir bi üs cho ychouffe

|||||||||||||||||||||||||||||||||||||||||||||||||

# Effinger Kaffeebar GmbH
Effingerstrasse 10
3011 Bern

Rechnung Nr.1-174679    09:55:34 12.07.2019

---------------------------------------------

2x Espresso/Ristret   Fr 4.00   Fr 8.00 A

--------

## Total                          Fr 8.00

Gegeben (Kartenzahlu            Fr 8.00

---------------------------------------------

| MwSt.% | Brutto | Netto | MwSt. |
|---|---|---|---|
| A=7.7% | Fr 8.00 | Fr 7.43 | Fr 0.57 |

Bezahlung                    Kundenbeleg
Betrag                        CHF 8.00
Transaktion                     637504
Genehmigung              433728/U5558G
Vertrags-Nr                  147485355
Terminal-ID                   71E25269
Karte                       CHASE VISA
Konto               **** **** **** 3204
AID                   A0000000031010
Eingabemodus                      Chip
12.07.2019                    09:55:18
            Bitte Beleg aufbewahren!

     Bedient von: 1_Effinger Kaffeebar
            Tisch: Theke
            Terminal: iPad (2)

            Schön wart ihr da!

            CHE-267.806.718

**Bern Ticket**
2. Klasse | 2nd Class
(2) (TK) (V) (2)                    2019 / 2020

000 670

Name | Vorname

*Maria Vigorito*

Aufenthalt
von      10 | 07 | 19

bis      11 | 07 | 19

                        UB

Gastgeber   **Hotel National
            BERN**

Das Bern Ticket ist persönlich und nicht übertragbar. Gültig in allen
öffentlichen Verkehrsmitteln der Stadt Bern und deren Umgebung
(Zonen 100/101) sowie Transfer von/zum Flughafen Bern.

The Bern Ticket is personal and non-transferable. Valid for all pu-
blic transport within the City of Bern and its surroundings (zones
100/101) and from/to Bern Airport.

**BERN**    **libero»**

---

**Bern Ticket**
2. Klasse | 2nd Class
(2) (TK) (V) (2)                    2019 / 2020

000 669

Name | Vorname

*Michael Vigorito*

Aufenthalt
von      10 | 07 | 19

bis      11 | 07 | 19

                        UB

Gastgeber

Das Bern Ticket ist persönlich und nicht übertragbar. Gültig in allen
öffentlichen Verkehrsmitteln der Stadt Bern und deren Umgebung
(Zonen 100/101) sowie Transfer von/zum Flughafen Bern.

The Bern Ticket is personal and non-transferable. Valid for all pu-
blic transport within the City of Bern and its surroundings (zones
100/101) and from/to Bern Airport.

**BERN**    **libero»**

---

```
*********************************
  Pizzeria - Pasteria
        DA VINCI
   Spitalgasse 2  3011 BERN
     Tel. 031 311 37 37
  info@ristorantedavinci.ch
    CHE 114.523.807 MWST
*********************************

Rechnung:  197834        Datum: 11.07.2019
Tisch   : 429/0

Menge   Bezeichnung              Preis
  1     3.3dl Valser ohne Fl.     5.20
  1     3dl Gurten Spezial        5.00
  1     Bistecca manzo insal.    33.80
  1     Pizza Margherita         16.00
  1     Mit Küche/Pizza           0.00
                               ----------
Total                            60.00

Total Euro                       60.00
MWST 7.7%                          4.30

                                 60.00
Bar

Es bediente Sie Olga 11

Vielen Dank für Ihren Besuch
```

---

```
Ristorante Da Vinci
    Spitalgasse 2
    3011 Bern

*** Kundenbeleg ***

Buchung
CHASE VISA
XXXXXXXXXXXX3204

11.07.2019        16:04:06
                  Trm-Id:
Trx. Seq-Cnt:     31/06330
Auth. Code:         13286
                   028666

EFT CHF:           60.00
Trinkgeld CHF:      0.00

Total-EFT CHF:     60.00

SIX Payment Services
```

Effinger Kaffeebar GmbH
Effingerstrasse 10
3011 Bern

Rechnung Nr.1-174469    11:49:23 11.07.2019

2x Espresso/Ristret    Fr 4.00    Fr 8.00  A

---------

Total                Fr 8.00

Gegeben (Kartenzahlu              Fr 8.00

| MwSt.% | Brutto | Netto | MwSt. |
|--------|--------|-------|-------|
| =7.7% | Fr 8.00 | Fr 7.43 | Fr 0.57 |

Bezahlung                Kundenbeleg
Betrag                   CHF 8.00
Transaktion              430277
Genehmigung              072290/07122G
Vertrags-Nr              147485355
Terminal-ID              71E25269
Karte                    CHASE VISA
Konto            **** **** **** 3204
AID              A0000000031010
Eingabemodus             Chip
11.07.2019               11:49:03
         Bitte Beleg aufbewahren!

    Bedient von: 1_Effinger Kaffeebar
         Tisch: Theke
         Terminal: iPad (2)


         Schön wart ihr da!

         CHE-267.806.718


    orderbird POS iPad Kassensystem




Für mich und dich.

## City Ryfflihof

| Artikel | Menge | Preis | Aktion | Total |
|---------|-------|-------|--------|-------|
| Osmen Panty 3er Pack | 1 | 9.95 | 4.95 | 4.95 1 L |
| SH. Ajourée | 1 | 3.95 | 1.95 | 1.95 1 L |
| men's sneakers CN1 R | 1 | 3.95 | 1.95 | 1.95 1 L |

.........

## TOTAL CHF                8.85

VISA                         8.85

Purchase                 VISA CREDIT
XXXXXXXXXXX3204
11.07.2019                       19:01
U31414679140192099/064476/00000000020
Total-EFT USD:                   9.44

Local currency CHF:              8.85
Rate:       USD 1.00 = CHF 0.9372946940

3.50% markup included in the exchange rate  I
accept that I have been offered a choice of
currencies for payment and that this choice is
final  I accept the conversion rate and the final
amount in transaction currency. Exchange rate
             provided by SIX.

COOP GENOSSENSCHAFT, CHE-116.311.105 MWST
GR   MWST%      TOTAL       MWST
1    7.70       8.85        0.63

Sie sparen                       9.00
Anzahl gekaufter Artikel            3

ES BEDIENTE SIE Frau Bögli

Vielen Dank für Ihren Einkauf


9 9 0 0 2 6 0 1 9 5 4 1 1 0 7 1 9 0 0 0 0 8 6 5 2 1 9 2

11.07.19  19:00  01454  00102404  026  0002192

```
┌─────────────────────────┐
│    Da Carlo GmbH        │
│   Effingerstrasse 14    │
│       3011 Bern         │
└─────────────────────────┘

  *** Kundenbeleg ***

Buchung
MasterCard
XXXXXXXXXXXX3514

10.07.2019        20:22:19
Trn-Id:            24143373
Trx. Seq-Cnt:         27607
Auth. Code:          78645Y

Total-EFT CHF:        56.40

   SIX Payment Services
```



## Für mich und dich.

## Bern Schauplatzgasse

| Artikel | Menge | Preis | Aktion | Total |
|---------|-------|-------|--------|-------|
| Cailler Nuss 400G | 3 | 7.95 | | 23.85 0 |

## TOTAL CHF                23.85

Mastercard                   23.85
----------------------------------------
Buchung                      MasterCard
XXXXXXXXXXXX3514
11.07.2019                        15:30
#31452143*00162131/099619/000000000002#
Total-EFT USD:                    25.45
----------------------------------------
Local currency CHF:               23.85
Rate:        USD 1.00 = CHF 0.93729469400

   Markup included in the exchange rate.  I
   understand that MasterCard has a currency
   conversion process and that I have chosen not to
   use the MasterCard currency conversion process and
   I will have no recourse against MasterCard with
   respect to any matter related to the currency
   conversion or disclosure thereof. Exchange rate
             provided by SIX.
----------------------------------------

COOP GENOSSENSCHAFT, CHE-116.311.185 MWST
GR   MWST%     TOTAL      MWST
0    2.50      23.85      0.58

Anzahl gekaufter Artikel            3

ERHALTEN SAMMELMARKEN               4

ES BEDIENTE SIE Frau Bilal

   Merci viu... önet dir bi üs cho ychouffe


990002085411071900023855376

11.07.19  15:30  08541  00323322  002  0005376

```
              090

      McDonald's Restaurant
        Kurt Dallmaier
         PostParc Bern
       Schanzenstrasse 4
          3008 Bern
*****************************
        Für Kinder:
  Werde Mitglied im exklusiven
    McDonald's Junior Club.
  Verlange gleich an der Kasse
Deinen Anmeldeflyer und sei dabei!
```

## BELEG

#FC Rechnungsnummer: 90 POS/EJ Order:
    KASSE 7- 11/07/2019 14:08:04

ANZ ARTIKEL                        TOTAL
 1 Menu M Big Mac                  13.00
   1 Hen ohne Ksäure 0.5L
   1 Medium Pommes Frites
   1 Keine Sauce

INNEN  TOTAL                       13.00
Mastercard                         13.00

St.Nr.  CHE-110.133.620 MWST.
               SATZ    BRUTTO    MWST
INCL. MwSt   7.70%     13.00     0.93

        *** KUNDENBELEG ***

BUCHUNG
Mastercard
546616XXXXXX3514

11.07.2019        14:07:13
Trm-Id:           10090939
Trx. Seq-Cnt:        65610
Auth. Code:         23511Y

TOTAL-EFT CHF:                     13.00
----------------------------------------

   Danke für dein Feedback
   Merci de votre feedback
 Grazie per il vostro feedback

   www.mcdonalds.ch/opinion
   C4G4P4-6WN4C4-MT77C4



# Effinger Kaffeebar GmbH
Effingerstrasse 10
3011 Bern

Rechnung Nr.1-174296    14:05:11 10.07.2019

2x Espresso/Ristret   Fr 4.00   Fr 8.00  A

# Total               Fr 8.00

Gegeben (Kartenzahlu             Fr 8.00

| MwSt.% | Brutto | Netto | MwSt. |
|--------|--------|-------|-------|
| A=7.7% | Fr 8.00 | Fr 7.43 | Fr 0.57 |

Bezahlung                Kundenbeleg
Betrag                    CHF 8.00
Transaktion                  233088
Genehmigung           256475/03412G
Vertrags-Nr              147485355
Terminal-ID               71E25269
Karte                    CHASE VISA
Konto         **** **** **** 3204
AID              A0000000031010
Eingabemodus                   Chip
10.07.2019                 14:04:46
          Bitte Beleg aufbewahren!

     Bedient von: 1_Effinger Kaffeebar
          Tisch: Theke
       Terminal: iPad (2)

          Schön wart ihr da!

        CHE-267.806.718

     orderbird POS iPad Kassensystem

**Left receipt (printed upside down):**

```
ibis budget ZH Airport
Flughofstrasse 45
8152 Glattbrugg

*** Kundenbeleg ***

Buchung
MasterCard
XXXXXXXXXXXXX3514
09.07.2019          12:27:25
Irn-Id:              31019719
Trx.Seq-Cnt:           162136
Auth. Code:            065414

Total-EFT CHF:        154.00
Wechselkurs
USD 1.00 = CHF 0.949275534
Total-EFT USD:        162.98

Markup included in the exchange rate.

I understand that MasterCard has a
currency conversion process and that I
have chosen not to use the MasterCard
currency conversion process and I will
have no recourse against MasterCard with
respect to any matter related to the
currency conversion or disclosure
thereof.

Exchange rate provided by SIX.

SIX Payment Services
```

**Middle receipt:**

```
yourmile AG
044 777 77 77
www.7x7.ch
Vermittelt an Unternehmer:

Pro Taxi AG
8302 Kloten
CHE-107.908.668 MWST

Konz: 916 ZH 291903
GNR: 432 Tilemachos Niko
```

*** RECHNUNG ***

| Beleg 9887 | Zeit 08:18 | Datum 10/07/19 |
| --- | --- | --- |
| Taxifahrt | | Betrag 400,00A |
| B E Z A H L T (CHF): | | 400,00 |

| MWSt | CHF | Netto | Brutto |
| --- | --- | --- | --- |
| 7.70%: | 28,60 | 371,40 | 400,00 |

**Right receipt:**

```
Hotel National
Hirschengraben 24
3011 Bern

*** Kundenbeleg ***

Buchung
VISA
CHASE VISA
XXXXXXXXXXXXX3204
10.07.2019          08:34:05
Irn-Id:              31467317
Trx.Seq-Cnt:           19150
Auth. Code:           02657C

Total-EFT CHF:        240.60
Ex.Rate:     USD 1.00 = CHF 0.944057975
Total-EFT USD:        254.86

3.50% markup included in the exchange rate

I accept that I have been offered a choice of
currencies for payment and that this choice is
final. I accept the conversion rate and the
final amount in transaction currency.

Exchange rate provided by SIX.

SIX Payment Services
```

```
--------------------------
        yourmile AG
      044 777 77 77
        www.7x7.ch
Vermittelt an Unternehmer:

      Josef Gammeter
      CH-8302 Kloten
  MWST: nicht pflichtig

   Konz: 7200 ZH 547849
   GNR: 612 Josef Gammeter
--------------------------
        BARBELEG

Beleg        Zeit  Datum
5504         08:34 09/07/19

              Betrag
Taxifahrt      66,80
              ======
BEZAHLT (CHF): 66,80
              ======
```

```
        yourmile AG
      044 777 77 77
        www.7x7.ch
Vermittelt an Unternehmer:

      Josef Gammeter
      CH-8302 Kloten
  MWST: nicht pflichtig

   Konz: 7200 ZH 547849
   GNR: 612 Josef Gammeter

   * *  Händlerbeleg  * *


Datum 09.07.19    08:35 Uhr
Beleg-Nr.            0620
Trace-Nr.         002463

        Bezahlung
        MasterCard
      MICHAEL VIGORITO

Nr.     5466160304873514
gültig bis         11/19
VU-Nr.         153232584
Terminal-ID     69167404
Pos-Info       00 903 00
Genehmigungs-Nr.  173015
AS-Zeit 09.07.   08:35 Uhr

   AS-Proc-Code = 00 903 00
      Capt.-Ref.= 0128
        AID59: 83502Y

Betrag CHF          66,80

*** Zahlung erfolgt ***

   Bitte Beleg aufbewahren


   _____
     Unterschrift Kunde
```

```
        yourmile AG
      044 777 77 77
        www.7x7.ch
Vermittelt an Unternehmer:

      Morina Nehat
      CH-8105 Regensdorf
  MWST: nicht pflichtig

   Konz: 792 ZH 651023
   GNR: 158 Nehat Morina

   * *  Händlerbeleg  * *


Datum 09.07.19    11:40 Uhr
Beleg-Nr.            1794
Trace-Nr.         006729

        Bezahlung
        MasterCard
      MICHAEL VIGORITO

Nr.     5466160304873514
gültig bis         11/19
VU-Nr.         153232584
Terminal-ID     69163471
Pos-Info       00 903 00
Genehmigungs-Nr.  276631
AS-Zeit 09.07.   11:40 Uhr

   AS-Proc-Code = 00 903 00
      Capt.-Ref.= 0468
        AID59: 57013Y

Betrag CHF          69,60

*** Zahlung erfolgt ***

   Bitte Beleg aufbewahren


   _____
     Unterschrift Kunde
```

ibis budget ZH Airport
Flughofstrasse 45
8152 Glattbrugg

\*\*\* Kundenbeleg \*\*\*

Buchung
MasterCard
XXXXXXXXXXXX3514

08.07.2019                21:06:43
Trm-Id:                   31019718
Trx. Seq-Cnt:             139839
Auth. Code:               30494Y

Total-EFT CHF:            134.00
Wechselkurs      USD 1.00 = CHF 0.941256041

Total-EFT USD:            142.36

Markup included in the exchange rate.

I understand that MasterCard has a
currency conversion process and that I
have chosen not to use the MasterCard
currency conversion process and I will
have no recourse against MasterCard with
respect to any matter related to the
currency conversion or disclosure
thereof.

Exchange rate provided by SIX.

SIX Payment Services

---

Pizzeria La Piazza
Flughofstrasse 47
8152 Glattbrugg

\*\*\* Kundenbeleg \*\*\*

Buchung
MasterCard
XXXXXXXXXXXX3514

09.07.2019        13:58:25
Trm-Id:           32167048
Trx. Seq-Cnt:     20476
Auth. Code:       18207Y

EFT CHF:                22.30
Trinkgeld CHF:          0.00

Total-EFT CHF:          22.30

SIX Payment Services

---

Pizzeria La Piazza
Flughofstrasse 47
8152 Glattbrugg

\*\*\* Kundenbeleg \*\*\*

Buchung
MasterCard
XXXXXXXXXXXX3514

08.07.2019        22:12:56
Trm-Id:           32167048
Trx. Seq-Cnt:     20457
Auth. Code:       75401Y

EFT CHF:                27.80
Trinkgeld CHF:          0.00

Total-EFT CHF:          27.80

SIX Payment Services

---

B E Z A H L T (CHF):              15,00

Taxifahrt
(inkl.7,70% MWSt):                15,00

Beleg:
9705

\*\* Quittung \*\*
BARBELEG

Zeit: Datum:
21:02 08/07/19

GNR.: 2781 BayKara Muhittin
Konz: 2781  ZH 720524
CHE-107.908.668 MWST
CH-8302 Kloten
Pro Taxi AG

Vermittelt an Unternehmer:
www.7x7.ch
044 777 77 77
yourmile AG



Glattbrugg
Schaffhauserstrasse 141
8152 Glattbrugg
058 999 04 30

| M | Bezeichnung | | Betrag |
|---|---|---|---|
| B | Evian o.K. Sportscap 75cl | | |
| | 2 X 1.00 | | 2.00 |
| B | Evian ohne Kohlensäure 50cl | | |
| | 2 X 0.90 | | 1.80 |
| B | IP-Suisse Vollmilch 500ml | | 1.00 |
| B | Kinder Icecream Bue 90mg | | |
| | 2 X 2.20 | | 4.40 |
| B | Tessinerbrot 400g | | 2.00 |
| B | Denner Toast Schmelzkäs 250g | | 1.75 |
| B | Rapelli Hinterschinken 125g | | 4.30 |
| B | Gusparo Croissant Cacao 450g | | 3.60 |
| C | Signal Zahbürste Antipl 4Stk | | 2.90 |
| C | Dentagard Zahnpasta Ori 75ml | | 1.90 |
| C | Denner Recyclingsäckli 1Stk | | 0.05 |

------------------------------------------

## Total CHF          25.70
=====

VISA                           25.70

| B | MWSt. 2.5% | 20.85 | 0.51 |
|---|---|---|---|
| C | MWSt. 7.7% | 4.85 | 0.35 |
| | Total MWSt: | 25.70 | 0.86 |

MwSt Nr. CHE-105.904.292 MWST

Es bediente Sie:
R. Tomic

Besten Dank für Ihren Einkauf!
Auf Wiedersehen, Ihr Denner Team.
Immer aktuell informiert mit dem
Denner Newsletter unter www.denner.ch

09.07.2019 17:31   #:23713   C:43002

6 6 6 2 3 7 1 3 0 1 6 9 3 8 4 1

105/3002/3027******************00321095
Purchase                    VISA CREDIT

#XXXXXXXXXXXX3204/09.07.2019/17:31/31400
251*00321095/03882G/00000000002#
Total-EFT CHF:              25.70

**RICEVUTA TAXI**
**ROMA**

**TAXI**

PERCORSO

da

a

Firma

Esente da IVA (Art. 10 n. 9 - D.P.R. 633/1972)

Data

Ora

Importo corsa

€

La presente non costituisce ricevuta fiscale